EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>José A. Soto Peña | 2019 TSPR 226<br><br>203 DPR \_\_\_\_\_ |

Número del Caso:  TS-12,878

Fecha:  2 de diciembre de 2019

Abogado de la parte peticionaria:

Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| In re:<br><br>José A. Soto Peña | TS-12,878 |  |

RESOLUCIÓN

San Juan, Puerto Rico, a 2 de diciembre de 2019.

Examinada la *Moción Informativa en Cumplimiento de Orden* presentada el 15 de noviembre de 2019, por el Sr. José A. Soto Peña, se ordena la reinstalación de éste al ejercicio de la abogacía.

Se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Asimismo, se reactiva la querella CP-2017-1 y la queja AB-2018-118, las cuales fueron archivadas administrativamente por motivo de la suspensión del peticionario.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Martínez Torres discrepa y hace constar la siguiente expresión "en protección del interés público, ordenaría la reactivación y dilucidación de las quejas AB-2014-90 y AB-2018-118 antes de considerar la reinstalación del señor Soto Peña".


Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina